IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:01-CR-78-BO-1
No. 5:15-CV-503-BO

RUSSELL LAMONT HOWARD,            )
                                  )
          Petitioner,             )
                                  )         ORDER
     v.                           )
                                  )
UNITED STATES OF AMERICA,         )
                                  )
          Respondent.             )

For good cause having been shown upon the motion of the Respondent for supplemental briefing, it is hereby

ORDERED that the Respondent have up to and including _July 31, 2016_, in which to file a supplemental briefing, and for Petitioner to have up to _Aug 20 2016_, to file a supplemental response.

This __21__ day of __June__, 2016.

_____
TERRENCE W. BOYLE
United States District Judge