IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:01-CR-78-BO-1
No. 5:15-CV-503-BO

RUSSELL LAMONT HOWARD,          )
                                )
            Petitioner,         )
                                )      ORDER
        v.                      )
                                )
UNITED STATES OF AMERICA,       )
                                )
            Respondent.         )

For good cause having been shown upon the motion of the Respondent, it is hereby

ORDERED that the July 12, 2016, stay issued in this matter is LIFTED. It is also

ORDERED that the parties may file briefs regarding the effect of Beckles v. United States on this matter. Petitioner must file any supplemental response on or before May 22, 2017. Respondent may file a response to Petitioner's supplement on or before June 21, 2017.

This ___ day of _April_ , 2017.

Terrence W. Boyle

TERRENCE W. BOYLE
United States District Judge